# United States Court of Appeals
## For The District Of Columbia Circuit

_____

**No. 25-5037**　　　　　　　　　　　　　　**September Term, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00412-RC

　　　　　　　　　　　　　　　　　**Filed On: February 20, 2025** [2101746]

Cathy A. Harris, in her personal capacity
and in her official capacity as Member of
the Merit Systems Protection Board,

　　　　Appellee

　　v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

　　　　Appellants

**O R D E R**

　　The notice of appeal was filed on February 20, 2025, and docketed in this court on February 20, 2025. It is, on the court's own motion,

　　**ORDERED** that appellants submit the documents listed below by the dates indicated.

| Document | Date |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 24, 2025 |
| Docketing Statement Form | March 24, 2025 |
| Entry of Appearance Form (Attorneys Only) | March 24, 2025 |
| Procedural Motions, if any | March 24, 2025 |
| Statement of Intent to Utilize Deferred Joint Appendix | March 24, 2025 |
| Statement of Issues to be Raised | March 24, 2025 |
| Transcript Status Report | March 24, 2025 |
| Underlying Decision from Which Appeal Arises | March 24, 2025 |
| Dispositive Motions, if any | April 7, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5037**                                                          **September Term, 2024**

It is

    **FURTHER ORDERED** that appellee submit the documents listed below by the dates indicated.

| | |
|---|---|
| Certificate as to Parties, Rulings, and Related Cases | March 24, 2025 |
| Entry of Appearance Form (Attorneys Only) | March 24, 2025 |
| Procedural Motions, if any | March 24, 2025 |
| Dispositive Motions, if any | April 7, 2025 |

It is

    **FURTHER ORDERED** that appellant submit a transcript status report every 30 days after the filing of the initial report, until all transcripts have been received. Within three days of receipt of all transcripts, appellant is directed to file a <u>Final Status Report</u> indicating the date the complete transcript was received. All reports must be served on the parties and each reporter. It is

    **FURTHER ORDERED** that briefing in this case be deferred pending further order of the court.

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                       BY:    /s/
                               Scott H. Atchue
                               Deputy Clerk

The following forms and notices are available on the Court's [website:](#)

    [Civil Docketing Statement Form](#)
    [Entry of Appearance Form](#)
    [Transcript Status Report Form](#)
    [Request to Enter Appellate Mediation Program (Optional)](#)
    [Notice Concerning Expedition of Appeals and Petitions for Review](#)
    [Stipulation to be Placed in Stand-By Pool of Cases (Optional)](#)