# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5037** | **September Term, 2024** |
| | 1:25-cv-00412-RC |
| | **Filed On: March 4, 2025** [2103883] |

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

_____

**No. 25-5055**                                                     1:25-cv-00412-RC

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

### O R D E R

    It is **ORDERED**, on the court's own motion, that these cases be consolidated. The deadlines established in the court's order filed February 20, 2025, in case No. 25-5037, remain in effect.

                                                    **FOR THE COURT:**
                                                    Clifton B. Cislak, Clerk

                                          BY:    /s/
                                                     Scott H. Atchue
                                                     Deputy Clerk