[ORAL ARGUMENT NOT YET SCHEDULED]
Nos. 25-5037, 25-5055

# IN THE UNITED STATES COURT OF APPEALS
# FOR THE DISTRICT OF COLUMBIA CIRCUIT

CATHY A. HARRIS, IN HER PERSONAL CAPACITY AND IN HER OFFICIAL CAPACITY AS MEMBER OF THE MERIT SYSTEMS PROTECTION BOARD,

*Appellee*,

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL.,

*Appellants*.

*On Appeal from the United States District Court for the District of Columbia*

## NOTICE OF INTENT TO FILE BRIEF OF CONSTITUTIONAL ACCOUNTABILITY CENTER AS *AMICUS CURIAE* IN OPPOSITION TO APPELLANTS' EMERGENCY MOTION FOR A STAY PENDING APPEAL

Elizabeth B. Wydra
Brianne J. Gorod
Brian R. Frazelle
Smita Ghosh
Margaret Hassel
CONSTITUTIONAL
  ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, D.C. 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amicus curiae* states that no party to this brief is a publicly-held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICUS CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, the Constitutional Accountability Center hereby gives notice that it intends to file a brief as *amicus curiae* in opposition to Appellants' emergency motion for a stay pending appeal in this matter. All parties have consented to the filing of this brief.

Respectfully submitted,

Dated: March 10, 2025

/s/ Brianne J. Gorod
Elizabeth B. Wydra
Brianne J. Gorod
Brian Frazelle
Smita Ghosh
Margaret Hassel
CONSTITUTIONAL ACCOUNTABILITY CENTER
1200 18th Street NW, Suite 501
Washington, DC 20036
(202) 296-6889
brianne@theusconstitution.org

*Counsel for Amicus Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on March 10, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 10th of March, 2025.

<u>/s/ Brianne J. Gorod</u>
Brianne J. Gorod

*Counsel for Amicus Curiae*