# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

| | |
|---|---|
| **No. 25-5037** | **September Term, 2024** |
| | **1:25-cv-00412-RC** |
| | **Filed On: March 18, 2025** [2106298] |

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

  v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

    **BEFORE:**   Circuit Judges Henderson, Millett, and Walker

### COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Tuesday, March 18, 2025 at 9:34 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

  Eric D. McArthur, counsel for Appellants.

  Nathaniel A.G. Zelinksy, counsel for Appellee.

                                   **FOR THE COURT:**
                                   Clifton B. Cislak, Clerk

                        BY:    /s/
                                 Jaime T. Stratton
                                 Deputy Clerk