# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

**No. 25-5037**           **September Term, 2024**

1:25-cv-00412-RC

**Filed On:** March 18, 2025

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

    **BEFORE:**    Henderson, Millett, and Walker, Circuit Judges

## O R D E R

A decision on the emergency motion for stay pending appeal is forthcoming. With the agreement of both parties, this Court is granting a highly expedited schedule for briefing on the merits.

| | |
|---|---|
| Appellants' Brief | March 27, 2025 |
| Appendix | March 27, 2025 |
| Any Amicus Briefs for Appellants | March 29, 2025 |
| Appellee's Brief | April 7, 2025 |
| Any Amicus Briefs for Appellee | April 9, 2025 |
| Appellants' Reply Brief | April 11, 2025 |

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5037**                                                                **September Term, 2024**

      The parties will be informed later of the date of oral argument and the composition of the merits panel.

      Appellants should raise all issues and arguments in the opening brief. The court ordinarily will not consider issues and arguments raised for the first time in the reply brief.

      To enhance the clarity of their briefs, the parties are urged to limit the use of abbreviations, including acronyms. While acronyms may be used for entities and statutes with widely recognized initials, briefs should not contain acronyms that are not widely known. See D.C. Circuit Handbook of Practice and Internal Procedures 43-44 (2024); Notice Regarding Use of Acronyms (D.C. Cir. Jan. 26, 2010).

      Parties are directed to hand deliver the paper copies of their briefs to the Clerk's office on the date due. All briefs and appendices must contain the date that the case is scheduled for oral argument at the top of the cover. See D.C. Cir. Rule 28(a)(8).

**Per Curiam**

                                       **FOR THE COURT:**
                                       Clifton B. Cislak, Clerk

                    BY:    /s/
                                       Michael C. McGrail
                                       Deputy Clerk