# United States Court of Appeals

**For The District of Columbia Circuit**

_____

| | |
|---|---|
| **No. 25-5037** | **September Term, 2024** |
| | 1:25-cv-00412-RC |
| | **Filed On:** March 29, 2025 |

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

------------------------------

**No. 25-5057**

1:25-cv-00334-BAH

Gwynne A. Wilcox,

    Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States and Marvin E. Kaplan, in his official capacity as Chairman of the National Labor Relations Board,

    Appellants

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of the emergency motions for administrative stay, it is

# United States Court of Appeals

**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

**No. 25-5037**　　　　　　　　　　　　　　**September Term, 2024**

**ORDERED** that appellants file a combined response to the motions by 5:00 p.m. on Sunday, March 30, 2025.

**Per Curiam**

　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　BY:　/s/
　　　　　　　　　　　　Emily Campbell
　　　　　　　　　　　　Deputy Clerk