| | |
|---|---|
| **No. 25-5037** | **September Term, 2024** |
| | 1:25-cv-00412-RC |
| | Filed On: April 7, 2025 |

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

      Appellee

      v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

      Appellants

------------------------------

Consolidated with 25-5055

------------------------------

**No. 25-5057**

1:25-cv-00334-BAH

Gwynne A. Wilcox,

      Appellee

      v.

Donald J. Trump, in his official capacity as President of the United States and Marvin E. Kaplan, in his official capacity as Chairman of the National Labor Relations Board,

      Appellants

      **BEFORE:**    Srinivasan, Chief Judge, and Henderson, Millett, Pillard, Wilkins, Katsas, Rao, Walker, Childs, Pan, and Garcia, Circuit Judges

**O R D E R**

Upon consideration of the petitions for hearing en banc, which include petitions

for initial hearing en banc, and the absence of a request by any member of the court for a vote on the petitions for initial hearing en banc, it is

**ORDERED** that the petitions for initial hearing en banc be denied.

**Per Curiam**

　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　BY:　/s/
　　　　　　　　　　Laura M. Morgan
　　　　　　　　　　Deputy Clerk