MERITS ORAL ARGUMENT SCHEDULED MAY 16, 2025

Nos. 25-5037, 25-5055

---

**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

---

CATHY A. HARRIS, IN HER PERSONAL CAPACITY AND IN HER
OFFICIAL CAPACITY AS MEMBER OF THE MERIT SYSTEMS
PROTECTION BOARD,

*Appellee,*

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE
TREASURY, ET AL.,

*Appellants.*

---

*On Appeal from the United States District Court
for the District of Columbia*

---

**NOTICE OF INTENT TO FILE BRIEF OF PATRICK J. BORCHERS,
MICHAEL C. DORF, KELLEN FUNK, AZIZ HUQ, RILEY T. KEENAN,
JAMES PFANDER, AND JONATHAN D. SHAUB, AS *AMICI CURIAE* IN
SUPPORT OF APPELLEE**

---

Joseph M. Sellers (No. 30022)
Richard A. Koffman
Alex Bodaken
**COHEN MILSTEIN SELLERS &
 TOLL PLLC**
1100 New York Ave NW, Suite 800
Washington, D.C. 20005
Tel.: (202) 408-4600
jsellers@cohenmilstein.com
rkoffman@cohenmilstein.com
abodaken@cohenmilstein.com

Alexandra Gray
**COHEN MILSTEIN SELLERS &
 TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Tel.: (212) 838-7797
agray@cohenmilstein.com

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, *amici curiae* state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

## NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF *AMICI CURIAE*

Pursuant to D.C. Circuit Rule 29 and the guidance set forth in Section IX.A.4 of the Court's *Handbook of Practice and Internal Procedure*, Patrick Borchers, Michael Dorf, Kellen Funk, Aziz Huq, Riley Keenan, James Pfander, and Jonathan Shaub hereby give notice that they intend to file a brief as *amici curiae* in support of appellee in this matter. All parties have consented to the filing of this brief.

Respectfully submitted,

Dated: April 8, 2025

/s/ Joseph M. Sellers
Joseph M. Sellers (No. 30022)
Richard A. Koffman
Alex Bodaken
**COHEN MILSTEIN SELLERS &
 TOLL PLLC**
1100 New York Ave NW, Suite 800
Washington, DC 20005
(202) 408-4600
jsellers@cohenmilstein.com
rkoffman@cohenmilstein.com
abodaken@cohenmilstein.com

Alexandra Gray
**COHEN MILSTEIN SELLERS &
 TOLL PLLC**
88 Pine Street, 14th Floor
New York, New York 10005
Tel.: (212) 838-7797
agray@cohenmilstein.com

*Counsel for Amici Curiae*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the D.C. Circuit by using the appellate CM/ECF system on April 8, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

Executed this 8th of April, 2025.

/s/ Joseph M. Sellers
Joseph M. Sellers

*Counsel for Amici Curiae*