No. 25-5037                                           September Term, 2024

1:25-cv-00412-RC

Filed On: April 22, 2025 [2112113]

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

**BEFORE:** Katsas, Walker, and Pan, Circuit Judges

## O R D E R

Upon consideration of pro se movant Joseph Carson's motion for leave to participate as amicus curiae in support of appellee, and the lodged brief, it is

**ORDERED** that the motion be granted. The Clerk is directed to file the lodged brief.

**Per Curiam**

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

BY:    /s/
        Michael C. McGrail
        Deputy Clerk