# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

| | |
|---|---|
| **No. 25-5037** | **September Term, 2024** |
| | 1:25-cv-00412-RC |
| | **Filed On: May 2, 2025** [2114088] |

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

| | |
|---|---|
| **No. 25-5057** | 1:25-cv-00334-BAH |

Gwynne A. Wilcox,

    Appellee

    v.

Donald J. Trump, in his official capacity as President of the United States, et al.,

    Appellants

# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

No. 25-5037                                                      September Term, 2024

## O R D E R

It is **ORDERED**, on the court's own motion, that the following times are allotted for the oral argument of these related cases scheduled for May 16, 2025, at 9:30 A.M.:

| | | |
|---|---|---|
| Appellants | - | 30 Minutes |
| Appellee Cathy Harris | - | 15 Minutes |
| Appellee Gwynne Wilcox | - | 15 Minutes |

The panel considering these cases will consist of Circuit Judges Katsas, Walker, and Pan.

Form 72, which may be accessed through the link on this order, must be completed and returned to the Clerk's Office by May 5, 2025.

## Per Curiam

                                             **FOR THE COURT:**
                                             Clifton B. Cislak, Clerk

                   BY:     /s/
                             Daniel J. Reidy
                             Deputy Clerk

The following forms and notices are available on the Court's website:

    Notification to the Court from Attorney Intending to Present Argument (Form 72)