# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**
———————

**No. 25-5037**  **September Term, 2024**

1:25-cv-00412-RC

Filed On: May 16, 2025 [2116179]

Cathy A. Harris, in her personal capacity
and in her official capacity as Member of the
Merit Systems Protection Board,

    Appellee

    v.

Scott Bessent, in his official capacity as
Secretary of the Treasury, et al.,

    Appellants

------------------------------

Consolidated with 25-5055

    **BEFORE:**    Circuit Judges Katsas, Walker, and Pan

## COURTROOM MINUTES OF ORAL ARGUMENT

PROCLAMATION BEING MADE, the Court opened on Friday, May 16, 2025 at 9:34 a.m. The cause was heard as case No. 1 of 1 and argued before the Court by:

    Harry Graver (DOJ), counsel for Appellants.

    Nathaniel A.G. Zelinsky, counsel for Appellee Cathy Harris.

    Deepak Gupta, counsel for Appellee Gwynne Wilcox.

    **FOR THE COURT:**
    Clifton B. Cislak, Clerk

    BY:    /s/
            Anne A. Rothenberger
            Deputy Clerk