# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

September 17, 2025

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

> Re: Cathy Harris
>    v. Scott Bessent, Secretary of the Treasury, et al.
>    No. 25-312
>    (Your No. 25-5055)

Dear Clerk:

　　The petition for a writ of certiorari in the above entitled case was filed on September 15, 2025 and placed on the docket September 17, 2025 as No. 25-312.

　　　　　　　　　　Sincerely,

　　　　　　　　　　**Scott S. Harris**, Clerk

　　　　　　　　　　by

　　　　　　　　　　Angela Jimenez
　　　　　　　　　　Case Analyst