# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

**No. 25-5037**  **September Term, 2025**
FILED ON: DECEMBER 5, 2025

CATHY A. HARRIS, IN HER PERSONAL CAPACITY AND IN HER OFFICIAL CAPACITY AS MEMBER OF THE MERIT SYSTEMS PROTECTION BOARD,
 APPELLEE

v.

SCOTT BESSENT, IN HIS OFFICIAL CAPACITY AS SECRETARY OF THE TREASURY, ET AL.,
 APPELLANTS

---

Consolidated with 25-5055

Appeals from the United States District Court
for the District of Columbia
(No. 1:25-cv-00412)

---

# No. 25-5057

GWYNNE A. WILCOX,
 APPELLEE

v.

DONALD J. TRUMP, IN HIS OFFICIAL CAPACITY AS PRESIDENT OF THE UNITED STATES AND MARVIN E. KAPLAN, IN HIS OFFICIAL CAPACITY AS CHAIRMAN OF THE NATIONAL LABOR RELATIONS BOARD,
 APPELLANTS

Appeal from the United States District Court
for the District of Columbia
(No. 1:25-cv-00334)

---

Before: KATSAS, WALKER, and PAN, *Circuit Judges*.

## **J U D G M E N T**

These causes came to be heard on the records on appeal from the United States District Court for the District of Columbia and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the judgments of the District Court appealed from in these causes are hereby reversed, in accordance with the opinion of the court filed herein this date.

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY: /s/

Michael C. McGrail
Deputy Clerk

Date: December 5, 2025

Opinion for the court filed by Circuit Judge Katsas.
Dissenting opinion filed by Circuit Judge Pan.