# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5037**　　　　　　　　　　　　　　　　September Term, 2025

　　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00412-RC

　　　　　　　　　　　　　　　　　　　　　　**Filed On:** January 9, 2026

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

　　　　Appellee

　　v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

　　　　Appellants

------------------------------

Consolidated with 25-5055

　　**BEFORE:**　　Katsas, Walker, and Pan, Circuit Judges

## O R D E R

　　Upon consideration of appellee's corrected petition for panel rehearing filed on December 12, 2025, it is

　　**ORDERED** that the petition be denied.

### Per Curiam

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk