# United States Court of Appeals
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

_____

**No. 25-5037**　　　　　　　　　　　　　　　September Term, 2025

　　　　　　　　　　　　　　　　　　　　　　　　1:25-cv-00412-RC

　　　　　　　　　　　　　　　　　　　　Filed On: January 22, 2026 [2155534]

Cathy A. Harris, in her personal capacity and in her official capacity as Member of the Merit Systems Protection Board,

　　　　Appellee

　　v.

Scott Bessent, in his official capacity as Secretary of the Treasury, et al.,

　　　　Appellants

------------------------------

Consolidated with 25-5055

## M A N D A T E

　　In accordance with the judgment of December 5, 2025, and pursuant to Federal Rule of Appellate Procedure 41, this constitutes the formal mandate of this court.

　　　　　　　　　　　　　　　　　　**FOR THE COURT:**
　　　　　　　　　　　　　　　　　　Clifton B. Cislak, Clerk

　　　　　　　　　　　　　　BY:　　/s/
　　　　　　　　　　　　　　　　　　Daniel J. Reidy
　　　　　　　　　　　　　　　　　　Deputy Clerk

Link to the judgment filed December 5, 2025