# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

March 23, 2026

Clerk
United States Court of Appeals for the District of
Columbia Circuit
333  Constitution Avenue, NW
Washington, DC  20001

Re:  Cathy A. Harris
v. Scott Bessent, Secretary of the Treasury, et al.
No. 25-1110
(Your No. 25-5037, 25-5055)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on March 17, 2026 and placed on the docket March 23, 2026 as No. 25-1110.

Sincerely,

**Scott S. Harris**, Clerk

by

Angela Jimenez
Case Analyst